ELEANOR N. SELLY, as Administratrix of the Estate of A. EDWARD SELLY, Deceased, Respondent, v. PORT OF NEW YORK AUTHORITY et al., Appellants.—

862

Rabin, P. J., Munder, Martuscello, Gulotta and Benjamin, JJ., concur.